[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**September 23, 2005**
**THOMAS K. KAHN**
**CLERK**

No. 05-11158
Non-Argument Calendar

_____

D.C. Docket No. 04-00241-CR-T-23-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ATTRICE BROOKS,
a.k.a. Pops,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(September 23, 2005)**

Before BLACK, CARNES and MARCUS, Circuit Judges

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Attrice Brooks in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brooks's conviction and sentence are **AFFIRMED**.